**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: March 10, 2010**

_____

WWR#8160557

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| CHARLES P. MARCUM, | : | CASE NO. 10-50234 |
| | : | |
| MELONIE E. MARCUM, | : | CHAPTER 13 |
| | : | |
| DEBTORS. | : | JUDGE JOHN E. HOFFMAN, JR. |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAYS
[DOCKET NO. 19]**

This matter came before the Court upon the Motion for Relief from Stay [Docket No. 19] filed by the Creditor WESTERN CREDIT UNION, with respect to its collateral, a 2007 NISSAN 350Z.

It is hereby agreed by the parties that the Creditor is granted relief from the automatic stays, pursuant to 11 U.S.C. §362 and Fed. R. Bankr. P 4001(a)(3), to recover and dispose of its collateral, a 2007 NISSAN 350Z.

**SO ORDERED.**

Approved:

| | |
|---|---|
| /s/ Brian D. Wood | /s/ Karen E. Hamilton |
| GEOFFREY J. PETERS  #0063502 | KAREN E. HAMILTON |
| BRIAN D. WOOD  #0075190 | 31 E. WHITTIER ST. |
| **Weltman, Weinberg & Reis Co., L.P.A.** | COLUMBUS, OH 43206 |
| 175 S. Third Street, Suite 900 | Counsel for Debtor(s), |
| Columbus, OH  43215 | CHARLES AND MELONIE MARCUM |
| 614/857-4325 | |
| 614-222-2193 (fax) | |
| bdwood@weltman.com | |
| Counsel for Creditor, | /s/ Frank M Pees |
| WESTERN CREDIT UNION | FRANK M. PEES, Chapter 13 Trustee |

jes

copies to: default list

# # #